#2
JS 44 (Rev. 3/99)

## CIVIL COVER SHEET

MHN

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS:** Angela Marie Smith

**DEFENDANTS:** Board of Education City of Chicago

FILED 6-12-2008 JUN 12 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**(b) County of Residence of First Listed Plaintiff:** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Cook
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):** Angela Marie Smith, 527 N. Hamlin, Chicago, IL 60624, (773) 826-9138

**Attorneys (If Known):** Ms. Sharon L. Tiller

08CV3405
JUDGE ZAGEL
MAG. JUDGE NOLAN

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

### IV. NATURE OF SUIT (Place an "X" in One Box Only): Employment Discrimination

[X] 442 Employment

### V. ORIGIN
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION:
Civil Rights Violation - Retaliation for filing a previous charge of discrimination

### VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes [ ] No

### VIII. This case [X] is not a refiling of a previously dismissed action.

**DATE:** 6/12/2008

**SIGNATURE OF ATTORNEY OF RECORD:** Angela Marie Smith