MHN 1

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Angela Marie Smith_
(Please print)

STREET ADDRESS: _527 N. Hamlin_

CITY/STATE/ZIP: _Chicago, IL 60624_

PHONE NUMBER: _(773) 826-9138_

CASE NUMBER: **08CV3405**
**JUDGE ZAGEL**
**MAG. JUDGE NOLAN**

_Angela Marie Smith_                    _06/12/2008_
Signature                                        Date

**FILED**

JUN 1 2 2008
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT