MHN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Angela Marie Smith

v.

Defendant(s) Board of Education City of Chicago

08CV3405
JUDGE ZAGEL
MAG. JUDGE NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Angela Marie Smith**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   1. Anita Rivkin-Carthoers
   2.
   3.

   FILED
   JUN 12 2008
   6-12-2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   *Angela Marie Smith*          527 N. Hamlin
   Movant's Signature            Street Address

   6/12/2008                     Chicago, IL 60624
   Date                          City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: _____ | Case Number: _____ |

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

| Assigned Judge: _____ | Case Number: _____ |

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

| Assigned Judge: _____ | Case Number: _____ |

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

| Assigned Judge: _____ | Case Number: _____ |

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐