# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3405 | **DATE** | 6/25/2008 |
| **CASE TITLE** | ANGELA MARIE SMITH vs. BOARD OF EDUCATION | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauper [4] is denied. Plaintiff must $100.00 of the required filing fee. Upon payment of the reduced fee, plaintiff's case will be dismissed for failure to secure a right to sue letter from the EEOC. Such a letter is a prerequisite to filing this lawsuit. The plaintiff should attempt to secure a letter if possible before proceeding with this case which will be dismissed without on EEOC right to sue. Motion for appointment of counsel [5] is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|